# EXHIBIT A

**EXHIBIT A**

| Infringed Title | [domain] Link | Channel Backend Link |
|---|---|---|
| Harry Potter and the Deathly Hallows Part II (HBO Channel) | Https://Futemax.Gratis/Assistir-Hbo-Ao-Vivo-Em-Hd-Online/ | https://geralorigin.eu-central-1.edge.mycdn.live/live/hbohd/video.m3u8?md5=tWUnZDHyAFmqw9ZIbMauJg&expires=1621318318 |
| Harry Potter and the Deathly Hallows Part I (HBO Channel) | https://futemax.gratis/assistir-hbo-ao-vivo-em-hd-online/ | https://geralorigin.eu-central-1.edge.mycdn.live/mylive/hbosd/video.m3u8?md5=SHDMOaXm0GrsXSdln3lnWw&expires=1621318085 |

| Infringed Title | [domain] Link | Channel Backend Link |
|---|---|---|
| Law & Order: Special Victims Unit 16 17 Parole Violations (Universal Channel) | https://multicanais.com/assistir-universal-channel-ao-vivo-24-horas-online/ | https://cdn.esporteone.com/UNIVERSALSD/video.m3u8?md5=bU99UuNMJacVs3_AazUkjA&expires=1620160171 |
| CSI: NY (TNT Series Channel) | https://multicanais.com/assistir-tnt-series-ao-vivo-online-24-horas/ | https://cdn.esporteone.com/TNTSERIESSD/video.m3u8?md5=UMNUbaA-ZKaFkIdL9WfyRg&expires=1620160344 |